

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2019

No. 04-19-00620-CV

Andrew **CONTRERAS** and Martha Ann Contreras,
Appellants

v.

**DREAM HOME RENOVATORS, LLC,**
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019-CV-06354
Honorable J Frank Davis, Judge Presiding

# O R D E R

On September 12, 2019, Appellants filed an opposed motion to review the supersedeas bond amount and an emergency motion to stay execution of a final judgment in a detainer case.

No clerk's record has been filed in this appeal. The documents provided by Appellants show that the trial court signed a final judgment on August 30, 2019, which set the supersedeas bond amount at $12,000.00, and on September 11, 2019, Appellants filed an affidavit from Andrew Contreras stating that he cannot find a surety as required and he does not have cash to post in lieu of a bond.

"A judgment of a county court may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court." TEX. PROP. CODE ANN. § 24.007; *accord Marshall v. Housing. Auth. of City of San Antonio*, 198 S.W.3d 782, 786 (Tex. 2006).

As a prerequisite to a stay, Appellants were required to post a bond for $12,000.00 not later than September 9, 2019. *See* TEX. PROP. CODE ANN. § 24.07; *Marshall*, 198 S.W.3d at 786.

Appellants have not provided any evidence to show that they posted a $12,000.00 bond on or before September 9, 2019. Appellants' emergency motion to stay execution is DENIED. *See* TEX. PROP. CODE ANN. § 24.07; *Marshall*, 198 S.W.3d at 786.

Although we may review a trial court's ruling on the amount of a supersedeas bond, *see* TEX. R. APP. P. 24.4(a), we have no record before us of a hearing on any Appellants' motion to reduce the amount of the bond to avoid substantial economic harm to Appellants, *see* TEX. R. APP. P. 24.2(b).  Appellants' motion to review the amount of the supersedeas bond is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court